UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY WEAVER,

        Plaintiff,                                Case No. 1:08-cv-876

v.                                                  Honorable Gordon J. Quist

JENNIFER GRANHOLM,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g).


Dated:   November 21, 2008              /s/ Gordon J. Quist
                                                        Gordon J. Quist
                                                        United States District Judge